UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81434-DMM

PETER FRACASSO,

    Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Peter Fracasso, and Defendant, Aetna Life Insurance Company, by and through their undersigned counsel, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated this **26th** day of September, 2016.

| | |
|---|---|
| */s/ Gregory L. Denes* | */s/ Jonathan M. Fordin* |
| Gregory L. Denes, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 828416 | Florida Bar No. 371637 |
| GREGORY L. DENES, P.A. | SHUTTS & BOWEN LLP |
| 300 Mercury Road | 200 South Biscayne Blvd. |
| Juno Beach, FL  33408 | Suite 4100 |
| Telephone:  561-694-9199 | Miami, FL  33131 |
| Fax:  561-694-2993 | Telephone:  305-347-7390 |
| greg@deneslaw.com | Fax:  305-381-9982 |
| *Counsel for Plaintiff* | jfordin@shutts.com |
| | *Counsel for Defendant* |